# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JAMES EVERETT SHELTON** | Case No. 1:19-cv-01205-CAB |
| Plaintiff, | Honorable Christopher A. Boyko |
| v. | |
| **BLINDBID INC., dba TCPA LITIGATOR LIST. et al.,** | |
| Defendant. | |

**REO LAW, LLC**
By:  Bryan Anthony Reo
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for James Everett Shelton*

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S NOTICE OF REMOVAL

Plaintiff, by and through the undersigned attorney, hereby makes this motion pursuant to F.R.C.P 12(f) on the basis that the Defendant has filed, on 5/28/2019 an irrelevant and immaterial Notice of Removal which claims that the state court action was brought pursuant to the Telephone Consumer Protection Act and that the Plaintiff is Anthony Domenic Reo.

The Plaintiff is James Everett Shelton, and a reading of the complaint reveals not one cause of action or allegation brought under the Telephone Consumer Protection Act. The action is brought pursuant to the Fair Credit Reporting Act.

A proposed order accompanies this motion.

1

RESPECTFULLY SUBMITTED,

/s/ BRYAN ANTHONY REO_____
**REO LAW LLC**
By:  Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for Plaintiff James Everett Shelton*

# Certificate of Service

I, Bryan Anthony Reo, do hereby certify and affirm that a true and accurate copy of the foregoing document was submitted to the Court's Electronic Filing System on May 28, 2019, which should serve said document upon all attorneys of record for the instant civil action:

/s/ BRYAN ANTHONY REO_____
**REO LAW LLC**
By: Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(E): Reo@ReoLaw.org
*Attorney for Plaintiff James Shelton*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JAMES EVERETT SHELTON** | Case No. 1:19-cv-01205-CAB |
| Plaintiff, | Honorable Christopher A. Boyko |
| v. | |
| **BLINDBID INC., dba TCPA LITIGATOR LIST. et al.,** | |
| Defendant. | |

**REO LAW, LLC**
By: Bryan Anthony Reo
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(E): Reo@ReoLaw.org
*Attorney for James Everett Shelton*

## PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S NOTICE OF REMOVAL

THIS MATTER came to be considered by the Court pursuant to the Plaintiff's Motion to Strike Defendant's Notice of Removal filed by Plaintiff in the above-captioned cause. The Court having considered the Motion and being fully advised of the premises, it is, therefore,

ORDERED and ADJUDGED:

1. That Plaintiff's Motion to Strike Defendant's Notice of Removal is hereby granted.

2. The Defendant's Notice of Removal, Docket entry #1 is hereby stricken as of the date of the entry of this order.

DONE AND ORDERED in Chambers at Cleveland, Ohio this ____ day of _____, 2019.

_____

CHRISTOPHER BOYKO, JUDGE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO

Copies to:

Bryan Anthony Reo

Benjamin D. Carnahan