## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON,** | ) | **CASE NO. 1:19CV1205** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **BLINDBID INC., d/b/a TCPA** | ) | |
| **LITIGATOR LIST,** | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, J.**:

On May 28, 2019, Defendants filed a Notice of Removal (ECF DKT #1) which misidentified Plaintiff as well as Plaintiff's cause of action.  In response, Plaintiff filed his Motion to Strike (ECF DKT #3) the irrelevant and immaterial Notice of Removal pursuant to Fed.R.Civ.P. 12(f).  Shortly after that filing, Defendants filed an Amended Notice of Removal (ECF DKT #4) which corrected the errors.

Therefore, the Court grants Plaintiff's Motion to Strike and recognizes the Amended Notice of Removal (ECF DKT #4) as the operative filing initiating the above-captioned federal action.

**IT IS SO ORDERED.**

**s/ Christopher A. Boyko**
**CHRISTOPHER A. BOYKO**
**United States District Judge**

**Dated:  May 31, 2019**