IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES E. SHELTON, | ) Judge Christopher A. Boyko |
| Plaintiff, | ) Case No. 1:19-cv-01205 |
| v. | ) |
| | ) DECLARATION OF MICHAEL O'HARE |
| BLINDBID INC., dba TCPA LITIGATOR LIST, et al. | ) |
| Defendants, | ) |

I, Michael O'Hare, declare under penalty of perjury and state as follows:

1. I am a citizen of Colorado.

2. I am an authorized representative of Blindbid, Inc. ("Blindbid"), which is a Colorado corporation.

3. Neither Blindbid nor I have ever compiled or provided anyone with a consumer report.

4. Neither Blindbid nor I are in the business of selling consumer reports nor have we ever sold anyone consumer reports.

5. Neither Blindbid nor I have ever been a consumer reporting agency.

6. Neither Blindbid nor I have ever provided information to anyone to be used or intended to be used in whole, or in part, to make a credit decision.

7. Neither I nor Blindbid have ever furnished any reports designed to bear on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living, which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the person's eligibility for extension of credit or employment purposes.

8. Neither Blindbid nor I regularly engaged in whole, or in part, in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties.

9. Plaintiff runs a website called http://www.finalverdictsolutions.com/home.html.

10. On his website, Plaintiff professes to be a "professional judgment recovery specialist."

11. In the past, Plaintiff's website contained a tab called "James TCPA Cases" which stated the following when you clicked on the tab:



12. I conducted a search of Plaintiff's name on the federal court filing system PACER.gov. My search showed that Plaintiff has filed approximately 30 cases in Pennsylvania, Ohio and other jurisdictions over the last 2-3 years as shown in the following table:

| 2018 | CTDC | James | Shelton | pla | 3:2018cv01801 | *Shelton V. Post University Inc* |
|---|---|---|---|---|---|---|
| 2019 | OHNDC | James | Shelton | pla | 1:2019cv01026 | *Shelton V. Health Insurance Innovations, Inc.* |
| 2018 | FLMDC | James | Shelton | pla | 6:2018cv01335 | *Shelton V. CSG Solutions Consulting LLC Et al* |
| 2018 | IDDC | James | Shelton | pla | 1:2018cv00313 | *Shelton V. Paramount Holding Company LLC* |
| 2019 | ILNDC | James | Shelton | pla | 1:2019cv01983 | *Newell Et al V. Gohealth LLC* |

| Year | Court | First | Last | Role | Case # | Caption |
|---|---|---|---|---|---|---|
| 2018 | NJDC | James | Shelton | pla | 1:2018cv09915 | *Shelton V. Pivotal Payment Systems, Inc. Et al* |
| 2018 | NJDC | James | Shelton | pla | 2:2018cv11294 | *Shelton V. Merchant Flow Financial Corporation Et al* |
| 2018 | NJDC | James | Shelton | pla | 3:2018cv13404 | *Shelton V. Gallant Ventures LLC Et al* |
| 2018 | NYEDC | James | Shelton | pla | 2:2018cv04413 | *Shelton V. Nest Planner LLC Et al* |
| 2017 | OHNDC | James | Shelton | pla | 1:2017cv01868 | *Shelton V. LIG International LLC Et al* |
| 2019 | OHNDC | James | Shelton | pla | 1:2019cv00081 | *Shelton, Et al V. Direct Energy, Lp, Et al* |
| 2016 | PAEDC | James | Shelton | pla | 2:2016cv01650 | *Shelton V. Experian Information Solutions, Inc. Et al* |
| 2017 | PAEDC | James | Shelton | pla | 2:2017cv02367 | *Shelton V. Mark D. Guidubaldi & Associates LLC Et al* |
| 2017 | PAEDC | James | Shelton | pla | 2:2017cv02368 | *Shelton V. Doan Solutions, LLC Et al* |
| 2017 | PAEDC | James | Shelton | pla | 2:2017cv02620 | *Shelton V. Icapital Cash Group Inc. Et al* |
| 2017 | PAEDC | James | Shelton | pla | 2:2017cv02851 | *Shelton V. Merchant Source Inc. Et al* |
| 2017 | PAEDC | James | Shelton | pla | 2:2017cv03301 | *Shelton V. Fundbox, Inc.* |
| 2017 | PAEDC | James | Shelton | pla | 2:2017cv04063 | *Shelton V. National Gas & Electric, LLC* |
| 2018 | PAEDC | James | Shelton | pla | 2:2018cv01655 | *Shelton V. Centerpointe Lending Student Loan Servcs Et al* |
| 2018 | PAEDC | James | Shelton | pla | 2:2018cv02071 | *Shelton V. Fast Advance Funding, LLC* |
| 2018 | PAEDC | James | Shelton | pla | 2:2018cv02070 | *Shelton V. Target Advance LLC* |
| 2018 | PAEDC | James | Shelton | pla | 2:2018cv02072 | *Shelton V. Paramount Holding Company, LLC* |
| 2018 | PAEDC | James | Shelton | pla | 2:2018cv02186 | *Shelton V. Capital Advances LLC Et al* |
| 2018 | PAEDC | James | Shelton | pla | 2:2018cv02187 | *Shelton V. Arete Financial Group Et al* |
| 2018 | PAEDC | James | Shelton | pla | 2:2018cv02259 | *Shelton V. RFR Capital LLC Et al* |
| 2018 | PAEDC | James | Shelton | pla | 2:2018cv02545 | *Shelton V. National Student Assist LLC Et al* |
| 2018 | PAEDC | James | Shelton | pla | 2:2018cv02759 | *Shelton V. Ivest 360, LLC Et al* |
| 2018 | PAEDC | James | Shelton | pla | 2:2018cv03723 | *Shelton V. Fcs Capital LLC Et al* |
| 2018 | PAEDC | James | Shelton | pla | 2:2018cv04375 | *Shelton Et al V. Direct Energy, Lp, Et al* |
| 2018 | PAWDC | James | Shelton | pla | 2:2018cv00615 | *Abramson V. Agentra, LLC* |
| 2017 | WVNDC | James | Shelton | pla | 5:2017cv00179 | *Mey V. Directv, LLC Et al* |

13. Neither Blindbid nor I have ever conducted any businesses in Ohio.

14. Neither Blindbid nor I have ever owned any real property in Ohio.

15. Neither Blindbid nor I have ever contracted to sell goods or services in Ohio.

16. I am forty-nine (49) years old.

17. To the best of my recollection, I have been to Ohio exactly once when I was ten (10) years old.

18. Neither Blindbid nor I have ever been sued in Ohio.

19. Neither Blindbid nor I have ever done any sort of business in Ohio.

20. Neither Blindbid nor I have had any contacts with the State of Ohio before this lawsuit.

21. I do not conduct any business in Ohio, let alone, "regularly" and have not derived <u>any</u> revenue from goods used or consumed in this state to the best of my knowledge and belief.

22. I have no contracts with anyone in Ohio.

23. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, recollection and belief.

Executed this ____31___ day of May 2019.

_____
Michael O'Hare