# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES E. SHELTON, ) | |
| ) | Judge Christopher A. Boyko |
| Plaintiff, ) | |
| ) | Case No. 1:19-cv-01205 |
| vs. ) | |
| ) | |
| BLINDBID INC., dba TCPA LITIGATOR ) | **NOTICE OF SUBSTITUTION OF** |
| LIST, et al. ) | **COUNSEL** |
| ) | |
| Defendants. ) | |

Mark M. Turner, Esq., Nicholas P. Weiss, Esq., and Maximilian A. Julian, Esq. hereby gives notice of their substitution of counsel for Defendants, Blindbid Inc. and Michael O'Hare, replacing Benjamin D. Carnahan, Esq.

Respectfully submitted,

*/s/ Nicholas P. Weiss*
Mark M. Turner (0075516)
Nicholas P. Weiss (0090799)
Maximilian A. Julian (0093728)
THE GERTSBURG LAW FIRM CO., LPA
100 N. Main Street, Suite 300
Chagrin Falls, Ohio 44022
(440) 571-7777 (p)  /  (440) 571-7779 (f)
mt@gertsburglaw.com
nweiss@gertsburglaw.com
mj@gertsburglaw.com
*Attorneys for Defendants Michael O'Hare
and Blindbid Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Substitution of Counsel* was electronically filed this 19th day of July 2019.  Notice of this filing will be sent to all parties by operation of this Court's electronic filing system.  Parties may access this filing through the Court's system.

>  */s/ Nicholas P. Weiss*
> Nicholas P. Weiss (0090799)
> *Attorney for Defendants Michael O'Hare*
> *and Blindbid Inc.*