IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES E. SHELTON, | ) | Judge Christopher A. Boyko |
| | ) | |
| Plaintiff, | ) | Case No: 1:19-cv-01205 |
| | ) | |
| v. | ) | |
| | ) | **MOTION FOR LEAVE TO** |
| BLINDBID INC., dba TCPA LITIGATOR | ) | **WITHDRAW AS COUNSEL** |
| LIST, et al. | ) | **FOR DEFENDANTS** |
| | ) | |
| Defendants, | ) | |
| | ) | |

The law firm of Dinn, Hochman & Potter, LLC and attorney, Benjamin D. Carnahan (collectively, "Counsel"), move to withdraw as counsel for Defendants, Blindbid Inc. ("Blindbid") and Michael O'Hare ("O'Hare") (collectively, "Defendants"), in the above captioned matter pursuant to Prof. Cond. R. 1.16(a)-(b) and LR 83.9.  For cause, Defendants retained substitute counsel, Nicholas Weiss and The Gertsburg Law Firm Co., LPA ("Substitute Counsel"), to represent them in the above captioned matter.  Substitute Counsel made an appearance on behalf of Defendants on July 19, 2019.  This Motion is filed with written notice to Defendants and at Defendants' instruction. Substitute Counsel shall ensure that Defendants' interest remain protected in this matter.

WHEREFORE, for good cause shown, Counsel respectfully moves this Court for an Order granting them permission to withdraw as counsel for Defendants in the instant matter.

RESPECTFULLY SUBMITTED,

DINN, HOCHMAN & POTTER, LLC

/s/ Benjamin D. Carnahan
BENJAMIN D. CARNAHAN (0079737)
5910 Landerbrook Drive, Suite 200
Cleveland, Ohio 44124
Telephone: (440) 446-1100
Facsimile: (440) 446-1240
E-Mail: spotter@dhplaw.com
E-Mail: bcarnahan@dhplaw.com

CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2019, the foregoing Motion for Leave to Withdraw as

Counsel was filed electronically. Notice of this filing will be sent to all parties by operation of the

Court's electronic filing system. Parties may access this filing through the Court's system.

DINN, HOCHMAN & POTTER, LLC:

/s/ Benjamin D. Carnahan
BENJAMIN D. CARNAHAN (0079737)

2