# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JAMES EVERETT SHELTON** | Case No. 1:19-cv-01205-CAB |
| Plaintiff, | Honorable Christopher A. Boyko |
| v. | |
| **BLINDBID INC., dba TCPA LITIGATOR LIST. et al.,** | |
| Defendant. | |

**REO LAW, LLC**
By: Bryan Anthony Reo
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(E): Reo@ReoLaw.org
*Attorney for James Everett Shelton*

## PLAINTIFF'S MOTION TO CONTINUE STATUS CONFERENCE

Plaintiff's Counsel respectfully moves this Court to reset the status conference presently set for 9/20/2019 at 2:30 pm for the reason that Plaintiff's Counsel is attending a seminar in Appalachian Ohio from 9/18/2019 to 9/22/2019 and will have very limited phone and internet availability during that time.

Plaintiff's Counsel also advises he is going to be at Franklin County Court of Common Pleas for a final pre-trial 9/23/2019 at 9:30 am and has another ND Ohio status conference 9/26/2019 at 3:30 pm.

1

Plaintiff's Counsel respectfully advises that he is available 9/18/2019 from 9:00 am to 1:00 pm and then anytime 9/16/2019, 9/17/2019, 9/24/2019, or 9/25/2019.

Plaintiff's Counsel therefore respectfully requests that the status conference presently set for 9/20/2019 at 2:30 pm be moved, preferably to one of the dates/times provide above.

A proposed order accompanies this motion.

                                                   RESPECTFULLY SUBMITTED,

                                                   /s/ BRYAN ANTHONY REO_____
**REO LAW LLC**
By: Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(E): Reo@ReoLaw.org
*Attorney for Plaintiff James Everett Shelton*

## Certificate of Service

I, Bryan Anthony Reo, do hereby certify and affirm that a true and accurate copy of the foregoing document was submitted to the Court's Electronic Filing System on August 13, 2019, which should serve said document upon all attorneys of record for the instant civil action:

/s/ BRYAN ANTHONY REO_____
**REO LAW LLC**
By: Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(E): Reo@ReoLaw.org
*Attorney for Plaintiff James Shelton*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JAMES EVERETT SHELTON** | Case No. 1:19-cv-01205-CAB |
| Plaintiff, | Honorable Christopher A. Boyko |
| v. | |
| **BLINDBID INC., dba TCPA LITIGATOR LIST. et al.,** | |
| Defendant. | |

**REO LAW, LLC**
By:  Bryan Anthony Reo
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E): Reo@ReoLaw.org
*Attorney for James Everett Shelton*

## PROPOSED ORDER GRANTING
## PLAINTIFF'S MOTION TO CONTINUE STATUS CONFERENCE

THIS MATTER came to be considered by the Court pursuant to the Plaintiff's Motion to Continue Status Conference filed by Plaintiff in the above-captioned cause. The Court having considered the Motion and being fully advised of the premises, it is, therefore,

ORDERED and ADJUDGED:

1. That Plaintiff's Motion to Continue Status Conference is hereby granted.
2. The Status conference is hereby reset to _____am/pm on the _____ day of _____, 2019

DONE AND ORDERED in Chambers at Cleveland, Ohio this ____ day of _____, 2019.

_____

CHRISTOPHER BOYKO, JUDGE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO

Copies to:

Bryan Anthony Reo

Nicholas P. Weiss