UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JAMES E. SHELTON | ) | CASE NO. 1:19CV1205 |
| | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| BLINDBID INC., d/b/a etc., et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

The Court has filed its Opinion and Order in the above-captioned matter, dismissing Counts I and II of Plaintiff's Complaint without prejudice under Fed.R.Civ.P. 12(b)(1) for lack of subject matter jurisdiction and remanding the remainder of the Complaint to Cuyahoga County Common Pleas Court for further proceedings.  Accordingly, this action is terminated pursuant to Fed.R.Civ.P. 58.  The Telephonic Case Management Conference scheduled for September 18, 2019 at 11:30 a.m. is cancelled.

IT IS SO ORDERED.

 s/Christopher A. Boyko           9/17/19
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE