**United States District Court**
Northern District of Ohio

Sandy Opacich          Office of the Clerk          (216)357-7000
Clerk of Court         Carl B. Stokes United States CourtHouse
801 West Superior Avenue
Cleveland, Ohio 44113-1830

September 20, 2019

Clerk of Courts
Cuyahoga County Court of Common Pleas
1st Floor Justice Center
1200 Ontario Street
Cleveland, OH. 44113-1021

       RE:     Remand to Cuyahoga County Court of Common Pleas
                 USDC NDOH Case: 1:19cv1205 - Shelton vs. Blindbid, Inc., et al.
                 Cuyahoga County Common Pleas Court, Case No. CV 19-914246

Dear Clerk:

       On September 17, 2019, the Honorable Christopher A. Boyko, United States District Judge, entered an Order remanding the above-mentioned case to your Court. Certified copies of our docket sheet and the Order of Remand are enclosed. Other documents in this case can be accessed electronically on the internet at:

                http://ecf.ohnd.uscourts.gov

       Please acknowledge receipt of this remand by returning a time-stamped copy of this letter in the enclosed envelope. Thank you.

                                     Sincerely,

                                     Sandy Opacich, Clerk

                                     By:   s/Shawn P. Harrigan
                                             Shawn P. Harrigan
                                             Deputy Clerk

sph
enclosures